UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                          :

        -against-                                    :                    16 Cr. 108 (WHP)

Martin Avalo,                                              :                    <u>ORDER</u>
                Defendant.        :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Tuesday, July 21, 2020 at 2:30 p.m.

regarding defendant's application for compassionate release.  The dial-in number is 888-363-

4749, passcode 3070580.


Dated: July 14, 2020
      New York, New York


                      SO ORDERED:

                      _____
                      WILLIAM H. PAULEY III
                         U.S.D.J.