```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-4-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

MARTIN AVALO,

                Defendant.

-------------------------------------------------------------- x

13-CR-811 (ALC)
16-CR-108 (ALC)

<u>ORDER</u>

ANDREW L. CARTER, JR., District Judge:

A Violation of Supervised Release Hearing set for December 7, 2023 is adjourned to December 21, 2023 at **3:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            December 4, 2023

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**