USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-5-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

MARTIN AVALO,

                Defendant.

------------------------------------------------------------- x

16-CR-108 (ALC)
13-CR-811 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

The parties shall file a joint status report on **June 14, 2024**.

**SO ORDERED.**

Dated:    New York, New York
            June 5, 2024

                                                               **ANDREW L. CARTER, JR.**
                                                                **United States District Judge**