```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-18-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

      -against-

MARTIN AVALO,

                Defendant.

-------------------------------------------------------------- x

13-CR-811 (ALC)
16-CR-108 (ALC)

<u>ORDER</u>

ANDREW L. CARTER, JR., United States District Judge:

    The parties shall file a joint status report on **July 31, 2025**.

**SO ORDERED.**

Dated:    New York, New York
           July 18, 2025

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**